# EXHIBIT 1

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

**EXECUTIVE ORDER N-33-20**

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

   ORDER OF THE STATE PUBLIC HEALTH OFFICER
   March 19, 2020

   To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

   Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

   The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

**ATTEST:**

ALEX PADILLA
Secretary of State

# EXHIBIT 2

GAVIN NEWSOM
GOVERNOR

MARK S. GHILARDUCCI
DIRECTOR



April 30, 2020

Will O'Neill, Mayor
Brad Avery, Mayor Pro Tem
Diane Dixon, Council Member
Duffy Duffield, Council Member
Kevin Muldoon, Council Member
Jeff Herdman, Council Member
Joy Brenner, Council Member
Newport Beach City Council
100 Civic Center Drive
Newport Beach, CA 92660

City Council Members:

Thank you for your ongoing leadership protecting Orange County communities amidst the COVID-19 pandemic.

The Governor's March 19, 2020 Executive Order EO-N-33 directs all residents to heed current State public health directives to preserve public health and safety. Current State public health directives prohibit gatherings of any size and direct residents to stay home unless participating in essential workforce activities or authorized necessary activities. As explained [here](), among other things: "Californians can walk, run, hike and bike in their local neighborhoods as long as they continue to practice social distancing of 6 feet." These restrictions are in place and are necessary to protect all Californians from the spread of COVID-19.

Last weekend, state and local beaches in Orange County experienced exceptionally heavy visitation that generated a high concentration of beach visitors in close physical proximity. State public health leadership reviewed conditions on these beaches and determined that this beach visitation created unsafe conditions. These conditions threaten the health of both beach visitors and community members who did not visit the beach but are threatened by worsening spread of the virus, including first responders and health care providers.

In response, our State Department of Parks and Recreation is shifting to full closure of all Orange County State Beaches on a temporary basis. These beach

Newport Beach City Council
April 30, 2020
Page 2

closures will take effect tomorrow morning, May 1. Additionally, beaches operated by local governments in Orange County are directed to institute full closure starting tomorrow, May 1, to restrict the gathering of visitors that create unsafe conditions. Full closure means that there is no public access to these beaches on a temporary basis to protect public health. All restrooms are closed, and there are no parking facilities open for visitors, or recreational boats. No activities are permitted on the beach (including sunbathing, walking or running or watersports).

We understand that many Californians are eager to spend time and recreate outdoors given the public health crisis necessitating the state's Stay-at-Home Order. We continue to encourage residents to spend time outdoors in their neighborhoods and local parks that remain open for activities while maintaining safe physical distance. Additionally, we are hopeful and confident that we can collaborate with local Orange County leaders to identify measures that can restore safe beach access as soon as possible. But until such time as those measures are in place, this additional step to preserve public health and safety has proven essential.

This is a critical moment in California's battle against COVID-19, and Californians have stepped up to limit the spread of the virus. Temporary beach closures in Orange County will help to ensure continued progress on limiting spread of the virus, which will expedite our process to restore important activities within our economy and communities.

Thank you very much for your ongoing collaboration and leadership during this critical time.

Sincerely,

MARK S. GHILARDUCCI
Director, Governor's Office of Emergency Services

WADE CROWFOOT
Secretary, California Natural Resources Agency

Newport Beach City Council
April 30, 2020
Page 3

cc: Don Barnes, Orange County Sheriff-Coroner
Kirsten Monteleone, Dana Point Chief of Police
Robert Handy, Huntington Beach Chief of Police
Laura Farinella, Laguna Beach Chief of Police
Jon T. Lewis, Njulieewport Beach Chief of Police
Edward Manhart, San Clemente Chief of Police
Philip L. Gonshak, Seal Beach Chief of Police
Senator Patricia Bates
Senator John Moorlach
Senator Tom Umberg
Assemblymember William Brough
Assemblymember Cottie Petrie Norris
California Coastal Commission

EMERGENCY MANAGEMENT EMAP Accredited ACCREDITATION PROGRAM

3650 SCHRIEVER AVENUE, MATHER, CA 95655
(916) 845-8506 TELEPHONE (916) 845-8511 FAX
www.CalOES.ca.gov

GAVIN NEWSOM
GOVERNOR



MARK S. GHILARDUCCI
DIRECTOR